# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE D. SANTOS, on behalf of himself and     :
all others similarly situated,     :
PEDRO GONZALEZ-CRUZ,     : **Case No.:**
FRANCISCO GONZALEZ, and JUAN HERNANDEZ,     : **14 Civ. 7386 (SJF) (AKT)**
individually,     :
                Plaintiffs,     : **NOTICE OF PENDENCY**
     :
    - against -     : **IMPORTANT NOTICE**
     : **ADVISING YOU OF YOUR**
FRASER CONSTRUCTION, INC.,     : **LEGAL RIGHTS**
d/b/a FRASER CONSTRUCTION,     :
UNBUILDIT CONSTRUCTION CORP.,     :
d/b/a FRASER CONSTRUCTION,     :
UNBUILDIT SERVICES LTD.,     :
d/b/a FRASER CONSTRUCTION,     :
UNBUILDIT INC., d/b/a FRASER CONSTRUCTION,     :
and ROBERT FRASER and CHARLES FRASER,     :
individually,     :
                Defendants.     :
-------------------------------------------------------------------X

*This is a court authorized notice.  This is not a solicitation or advertising from a lawyer.*

**IF YOU WERE EMPLOYED BY
FRASER CONSTRUCTION
AS A LABORER:**

**PLEASE READ THIS NOTICE CAREFULLY
THIS COULD AFFECT YOUR LEGAL RIGHTS**

1.    YOU MAY HAVE THE RIGHT TO JOIN THIS COLLECTIVE ACTION LAWSUIT

Former employees Jose D. Santos, Pedro Gonzalez-Cruz, Francisco Gonzalez, and Juan Hernandez (collectively, "Plaintiffs"), have brought this lawsuit against Fraser Construction, Inc., d/ba/ Fraser Construction, Unbuildit Construction Corp., d/b/a Fraser Construction, Unbuildit Services Ltd., d/b/a Fraser Construction, Unbuildit Inc., d/b/a Fraser Construction (collectively, "Fraser Construction"), Robert Fraser and Charles Fraser (collectively, "Defendants"), alleging that the Defendants violated the overtime provisions of the Fair Labor Standards Act ("FLSA").   The lawsuit seeks back pay and liquidated damages from the Defendants to compensate eligible employees, as well as costs and attorneys' fees.

The Defendants deny the allegations made by the Plaintiffs, and deny that they are liable to Plaintiffs for any back pay, damages, costs or any attorneys' fees sought.

The Judge has not yet reached a decision in the case, but is giving all those employees who might have been affected by these violations the opportunity to join this collective action lawsuit.

1

2.     <u>YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT</u>

If you were employed by Fraser Construction, as a laborer, at any time from December 18, 2011,[1] until now, you may join Plaintiffs in this suit (that is, you may "opt-in") by mailing the "Consent to Join Form" in the enclosed self-addressed stamped envelope to Plaintiffs' counsel at the following address:

SHULMAN KESSLER LLP

510 Broadhollow Road, Suite 110

Melville, New York 11747

If you decide to join, you must send the form on or before **[60 days after mailing]**.  After such date, you may not be able to participate in this lawsuit.

3.     <u>EFFECT OF JOINING THIS LAWSUIT</u>

If you choose to join this lawsuit, you will be bound by any decision of the Court, judgment of the Court, or settlement, whether favorable or unfavorable.

By completing and timely returning the Consent to Join Form, you are agreeing to have Plaintiff Jose D. Santos act as your agent to make decisions on your behalf concerning this lawsuit.

The Plaintiffs' attorneys are being paid on a contingency fee basis, which means that if there is no recovery, they will not receive any attorneys' fees.  If the Plaintiffs prevail and there is a recovery, the Court will decide the amount of fees to be paid to their attorneys.  The Court may order that attorneys' fees be paid from the money judgment entered in favor of Plaintiffs, or that they be paid separately by the Defendants, or some combination of the two.

4.     <u>EFFECT OF NOT JOINING THIS LAWSUIT</u>

If you choose not to join this lawsuit, you do not need to do anything.  If you do not join the lawsuit, you will not be affected by any judgment or settlement rendered in the lawsuit, whether favorable or unfavorable, and you are permitted to file your own lawsuit for overtime violations under the FLSA.

---

[1]     Note that at this time, only the FLSA claims are at issue with respect to this Notice.  The FLSA claims allow for recovery from within 3 years preceding the present date.  However, should a class be certified for overtime claims arising from New York state law, those state law claims permit recovery from 6 years preceding the present date.

2

5.      <u>YOUR LEGAL REPRESENTATION IF YOU JOIN</u>

If you choose to join this suit, and agree to be represented by the Plaintiffs' attorneys, your counsel in this action will be:

>       SHULMAN KESSLER LLP
>       Troy L. Kessler, Marijana Matura, and Garrett Kaske
>       510 Broadhollow Road, Suite 110
>       Melville, New York 11747
>       (631) 499-9100

>       You also have the right to retain your own counsel.

6.      <u>NO RETALIATION PERMITTED</u>

Federal law prohibits the Defendants from firing or in any other manner discriminating against you because you decide to join this lawsuit.

**PLEASE DO NOT CONTACT THE CLERK OF THE JUDGE OR THE CLERK OF THE COURT WITH ANY QUESTIONS ABOUT THIS LAWSUIT**

Dated: _____

>                       SO ORDERED:


>                       _____
>                       HONORABLE A. KATHLEEN TOMLINSON
>                       United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JOSE D. SANTOS, on behalf of himself and          :
all others similarly situated,                    :
PEDRO GONZALEZ-CRUZ,                               :  **Case No.:**
FRANCISCO GONZALEZ, and JUAN HERNANDEZ,            :  **14 Civ. 7386 (SJF) (AKT)**
individually,                                      :
                              Plaintiffs,          :  **AVISO DE PENDENCIA**
                                                   :
           - against -                             :  **AVISO IMPORTANTESOBRE**
                                                   :  **SUS DERECHOS LEGALES**
FRASER CONSTRUCTION, INC.,                         :
d/b/a FRASER CONSTRUCTION,                         :
UNBUILDIT CONSTRUCTION CORP.,                      :
d/b/a FRASER CONSTRUCTION,                         :
UNBUILDIT SERVICES LTD.,                           :
d/b/a FRASER CONSTRUCTION,                         :
UNBUILDIT INC., d/b/a FRASER CONSTRUCTION,         :
and ROBERT FRASER and CHARLES FRASER,             :
individually,                                      :
                              Defendants.          :
---------------------------------------------------------------------X

*Esta es una notificación autorizado por el tribunal. Esto no es una solicitación*
*o una publicidad de un abogado.*

### SI USTED ESTUVO EMPLEADO POR
### FRASER CONSTRUCTION
### COMO UN TRABAJADOR:

### POR FAVOR LEA ESTE AVISO CON CUIDADO
### ESTE PODRÍA AFECTAR SUS DERECHOS LEGALES

1.    PUEDA SER QUE USTED TENGA DERECHO A PARTICIPAR EN ESTA
      DEMANDA COLECTIVA

Los ex Empleados anteriores Jose D. Santos, Pedro Gonzalez-Cruz, Francisco Gonzalez, y Juan
Hernandez (colectivamente "Demandantes"), han comenzado esta demanda contra Fraser
Construction, Inc., d/b/a Fraser Construction, Unbuildit Construction Corp., d/b/a Fraser
Construction, Unbuildit Services Ltd., d/b/a Fraser Construction, Unbuildit Inc., d/b/a Fraser
Construction (colectivamente, "Fraser Construction"), Robert Fraser and Charles Fraser
(colectivamente, "Demandados") y están alegando que los Demandados violaron las provisiones
de horas extras de la Ley de Estándares de Trabajo Justo o Fair Labor Standards Act ("FLSA").
La demanda busca salarios sin pagar  y daños líquidos de parte de los Demandados para
compensar a los empleados que sean elegibles, también como gastos y honorarios de abogados.

1

Los Demandados niegan las acusaciones hechas por los Demandantes, y niegan que son responsables hacia a los Demandantes por cualquier salario sin pagar, daños, gastos o honorarios de abogados buscados.

La Jueza todavía no ha llegado una decisión en este caso, pero la Jueza está dando la oportunidad a todos los empleados que pudieran ser afectados por estas infracciones a participar en esta demanda colectiva.


2.    SU DERECHO AFILIARSE A ESTA DEMANDA

Si usted estuvo empleado por Fraser Construction durante el periodo del 18 de Diciembre del 2011,[2] hasta el día hoy, como un trabajador, usted puede elegir unirse con los Demandantes en esta demanda (es decir que pueda "optar por entrar") si manda la "Formulario de Consentimiento para Afiliarse" en el sobre con estampilla adjunto a los abogados de los Demandantes a la dirección siguiente:

> SHULMAN KESSLER LLP
> 510 Broadhollow Road, Suite 110
> Melville, New York 11747

Si usted elije participar en esta demanda, usted deberá mandar el Formulario de Consentimiento Para Afiliarse **el dia [60 dias después de la eviada] o antes de esta fecha**.  Después de esta fecha, usted no podrá afiliarse a esta demanda.


3.    EL EFECTO DE AFILIARSE A ESTA DEMANDA

Si usted opta por participar en esta demanda, usted estará obligado a acatar cualquier decisión del tribunal, juicio del tribunal, o acuerdo, que pueda ser favorable o desfavorable.

Si usted completa y devuelva el Formulario de Consentimiento Para Afiliarse a tiempo, usted está de acuerdo que el demandante Jose D. Santos actúen como su agente para tomar decisiones en su nombre con respecto a esta demanda.

Los abogados de los Demandantes están recibiendo pago por una sistema por contingencia, que quiere decir que si no haya una recuperación los abogados no recibirá honorarios de abogados. Si los Demandantes prevalezcan y hay una recuperación, el tribunal decidirá los honorarios que les serán pagados a los abogados.  Puede ser que el tribunal ordene que los honorarios de los abogados se paguen por el fallo monetario a favor de los Demandantes o que los Demandados les pague por separado, o alguna combinación de los dos..

---

[1]    Note que en este tiempo, sólo el reclamo por el FLSA tiene que ver con respecto a este Aviso. Reclamos por el FLSA permiten la recuperación dentro de 3 años antes de la fecha presente. Sin embargo, si el clase sea certificado por un reclamo de la ley del Estado de Nueva York, aquel reclamo permite recuperación dentro de 6 años antes de la fecha presente.

4.      EFECTO DE NO PARTICIPAR EN ESTA DEMANDA

Si usted no quiera participar en esta demanda, usted no tiene que hacer nada.  Si usted no quiera participar en la demanda, no será afectado por ningún fallo o acuerdo en la demanda, que sea favorable o desfavorable y usted tiene derecho a empezar su propia demanda para violaciones de horas extras del FLSA.


5.      SU REPRESENTACIÓN LEGAL SI USTED DECIDE AFILIARSE

Si usted decida afiliarse en esta demanda, y está de acuerdo que sea representado por los abogados de los Demandantes, sus abogados en esta demanda van a ser:

> SHULMAN KESSLER, LLP
> Troy L. Kessler, Marijana Matura y Garrett Kaske
> 510 Broadhollow Road, Suite 110
> Melville, New York 11747
> (631) 499-9100

Usted también tiene el derecho a consultar con otro abogado de su elección.


6.      NO SE PERMITE REPRASALIAS

La ley federal prohíbe los Demandados  despedir o de cualquier otra manera discriminar contra usted porque usted decida afiliarse a esta demanda.


**POR FAVOR NO CONTACTAR EL OFICINISTA DE LA JUEZA O EL SECRETARIO DEL TRIBUNAL CON PREGUNTAS SOBRE ESTA DEMANDA**


Dated: _____

> SO ORDERED:

> _____
> EL HONORABLE A. KATHLEEN TOMLINSON
> United States Magistrate Judge

3

| CONSENT TO JOIN FORM |
|---|

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, Fraser Construction, Inc., to secure any relief that may be awarded, including overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with Fraser Construction, Inc.

2. During the past 3 years, there were occasions when I worked more than 40 hours in a week for Fraser Construction, Inc., and I did not receive proper overtime compensation for those hours.

3. I authorize Shulman Kessler LLP to represent me in this case.

Date: _____

_____
Signature

_____
Print Name

**RETURN THIS FORM BY [60 days after mailing] TO:** Shulman Kessler LLP, 510 Broadhollow Road, Ste. 110, Melville, NY 11747.

| FORMULARIO DE CONSENTIMIENTO PARA AFILIARSE |
|---|

1. Consiento para afirmar reclamaciones contra para violaciones del Acto de Estándares de Trabajo Justo, 29 Congreso de los Estados Unidos § 201, *et seq.*, contra mi empleador actual/anterior para asegurar cual quiere ayuda que podrá concederse, incluyendo pago de horas extras, danos y perjuicios, honorarios de abogados, gastos y cualquier otra reparación que surja de mi empleo con Fraser Construction, Inc.

2. Durante los últimos 3 años, había ocasiones en que he trabajado más de 40 horas a la semana para Fraser Construction, Inc. y no recibió compensación adecuada para aquellas horas.

3. Consiento a Shulman Kessler LLP para representarme en esta demanda.

Fecha: _____

_____
Firma

_____
Nombre en Letra

**DEVUELVE ESTE FORMULARIO EL DÍA [60 días desde la fecha de este correo] O ANTES DE ESTA FECHA** A LA SIGUIENTE DIRECIÓN**:** Shulman Kessler LLP, 510 Broadhollow Road, Ste. 110, Melville, NY 11747.

| None of the Below Information Will be Filed With the Court<br>(Ningún de la Información Abajo Va a Ser Aplicado con El Corte) |
|---|

Name (Nombre): _____

Street Address (Dirección): _____

City, State, Zip Code (Ciudad, Estado, Código Postal): _____

Telephone Number (Número de Telefone): _____   E-mail:_____

**Mail or Fax to:** SHULMAN KESSLER LLP, 510 Broadhollow Road, Ste. 110, Melville, NY 11747
Telephone: (631) 499-9100   Fax: (631) 499-9120
E-mail to: tk@shulmankessler.com